```
                    United States Bankruptcy Court
                    Middle District of Pennsylvania
```

In re:                                          Case No. 12-03609-MDF
Timothy R Sterling                              Chapter 13
Dawnica R Sterling
        Debtors               **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh        Page 1 of 1           Date Rcvd: Dec 12, 2016
                            Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 14, 2016.
4457394         +AMS Servicing as Servicer for SRP 2012-4, LLC,   3374 Walden Avenue,   Suite 120,
                 Depew, NY 14043,   AMS Servicing as Servicer for SRP 2012-4,   3374 Walden Avenue 14043-2437

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                         TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 9, 2016 at the address(es) listed below:
        Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
         as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series
         2006-13 ASwartz@mwc-law.com,  ecfmail@mwc-law.com
        Arthur W. Boyce    on behalf of Debtor Timothy R Sterling info@fredericklegal.com,
         art@fredericklegal.com
        Arthur W. Boyce    on behalf of Joint Debtor Dawnica R Sterling info@fredericklegal.com,
         art@fredericklegal.com
        Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
         York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
         SERIES 2006-13 ecfmail@mwc-law.com
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    AMS SERVICING, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    SRP 2012-1, LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
         York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates,
         Series 2006-13 Mcohen@mwc-law.com
        Peter J Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
         pashcroft@bernsteinlaw.com,
         pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtd
         rive.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                    TOTAL: 10
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:12-bk-03609-MDF
Chapter 13

In re: Debtor(s) (including Name and Address)

Timothy R Sterling
26 Maple St.
Gettysburg PA 17325

Dawnica R Sterling
26 Maple St.
Gettysburg PA 17325

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/09/2016.

**Name and Address of Alleged Transferor(s):**

Claim No. 19: AMS Servicing as Servicer for SRP 2012-4, LLC, 3374 Walden Avenue, Suite 120, Depew, NY 14043, AMS Servicing as Servicer for SRP 2012-4, 3374 Walden Avenue

**Name and Address of Transferee:**

SRP 2012-4 LLC
c/o SN Servicing Corp.
323 5th Street
Eureka, CA 95501
SRP 2012-4 LLC
c/o SN Servicing Corp.

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 12/14/16

Terrence S. Miller
**CLERK OF THE COURT**