```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 12-03609-RNO
Timothy R Sterling                                                  Chapter 13
Dawnica R Sterling
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1          User: MMchugh              Page 1 of 1              Date Rcvd: Apr 04, 2017
                              Form ID: pdf010            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 06, 2017.
db/jdb          +Timothy R Sterling,   Dawnica R Sterling,   26 Maple St.,   Gettysburg, PA 17325-7814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 06, 2017                                   Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 4, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series
               2006-13 ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Arthur W. Boyce    on behalf of Debtor Timothy R Sterling info@fredericklegal.com,
               art@fredericklegal.com
              Arthur W. Boyce    on behalf of Joint Debtor Dawnica R Sterling info@fredericklegal.com,
               art@fredericklegal.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-13 ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    SRP 2012-1, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    AMS SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates,
               Series 2006-13 Mcohen@mwc-law.com
              Peter J Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com,
               pghecf@bernsteinlaw.com;pashcroft@ecf.courtdrive.com;ckutch@ecf.courtdrive.com;cabbott@ecf.courtdrive.com
              Thomas I Puleo    on behalf of Creditor    SRP 2012-1, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:
    Timothy R. Sterling            BANKRUPTCY NO. 12-03609
    Dawnica R. Sterling           CHAPTER NO. 13
        Debtors

## ORDER TO MODIFY CHAPTER 13 PLAN

Upon the motion of Timothy R. Sterling and Dawnica R. Sterling, debtors herein, by their Attorney, Arthur W. Boyce, to modify their Chapter 13 petition pursuant to the United States Bankruptcy Code and the FRBP, and the court being satisfied that the motion of the debtors is reasonable and should be approved, it is

ORDERED that the Modified Chapter 13 Plan is approved.

By the Court,

Dated: April 4, 2017

Robert N. Opel, II, Chief Bankruptcy Judge
(DG)