Certificate Number: 17572-PAM-DE-029461578

Bankruptcy Case Number: 12-03609


17572-PAM-DE-029461578

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 21, 2017</u>, at <u>7:06</u> o'clock <u>PM PDT</u>, <u>Tmothy R Sterling</u> completed a course on personal financial management given <u>by internet</u> by <u>Dollar Learning Foundation, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>June 21, 2017</u>　　　　　By:　<u>/s/Kristina Milicevic</u>

　　　　　　　　　　　　　　　　Name: <u>Kristina Milicevic</u>

　　　　　　　　　　　　　　　　Title: <u>Counselor</u>