Certificate Number: 17572-PAM-DE-029461576

Bankruptcy Case Number: 12-03609



17572-PAM-DE-029461576

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on June 21, 2017, at 7:06 o'clock PM PDT, Dawnica R Sterling completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: June 21, 2017

By: /s/Kristina Milicevic

Name: Kristina Milicevic

Title: Counselor