```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                          Case No. 12-03609-RNO
Timothy R Sterling                                              Chapter 13
Dawnica R Sterling
         Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0314-1         User: MMchugh            Page 1 of 1           Date Rcvd: Aug 11, 2017
                             Form ID: ntrevtfr        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2017.
db/jdb         +Timothy R Sterling,   Dawnica R Sterling,   26 Maple St.,   Gettysburg, PA 17325-7814

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2017 at the address(es) listed below:
              Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York,
               as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series
               2006-13 ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Arthur W. Boyce    on behalf of Debtor Timothy R Sterling info@fredericklegal.com,
               art@fredericklegal.com
              Arthur W. Boyce    on behalf of Joint Debtor Dawnica R Sterling info@fredericklegal.com,
               art@fredericklegal.com
              Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New
               York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES,
               SERIES 2006-13 ecfmail@mwc-law.com
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
              Joshua I Goldman    on behalf of Creditor    SRP 2012-1, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    AMS SERVICING, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates,
               Series 2006-13 Mcohen@mwc-law.com
              Peter J Ashcroft    on behalf of Creditor    Regional Acceptance Corporation
               pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Thomas I Puleo    on behalf of Creditor    SRP 2012-1, LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 11

ntrevtfr(04/14)

|  |
|---|
| # UNITED STATES BANKRUPTCY COURT |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Timothy R Sterling | Chapter | 13 |
| Dawnica R Sterling aka Dawnica Browning, aka Dawnica Morey, aka Dawnica Rierson | Case No. | 1:12−bk−03609−RNO |
| Debtor(s) | | |

## Notice

Notice to the Debtors:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for both debtors unless a Certification Regarding Domestic Support Obligations is filed. Only Certifications filed on or after the date the Trustee certifies plan payments were completed are valid, certifications filed before that date must be refiled.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** U.S. Bankruptcy Court Ronald Reagan Federal Building PO Box 908 Harrisburg, PA 17108 (717) 901−2800 | **For the Court:** Terrence S. Miller Clerk of the Bankruptcy Court: By: MMchugh, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: August 11, 2017 |