```
                                United States Bankruptcy Court
                                Middle District of Pennsylvania
In re:                                                                   Case No. 12-03609-RNO
Timothy R Sterling                                                       Chapter 13
Dawnica R Sterling
         Debtors                        CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh              Page 1 of 4            Date Rcvd: Aug 14, 2017
                               Form ID: 3180W             Total Noticed: 124


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 16, 2017.
db/jdb        +Timothy R Sterling,    Dawnica R Sterling,    26 Maple St.,     Gettysburg, PA 17325-7814
cr             Florida Department of Education,    325 W Gaines Street,     Tallahassee, FL 32399-0400
cr            +THE BANK OF NEW YORK MELLON,    P. O. Box 9013,    Addison, TX 75001-9013
cr            +THE BANK OF NEW YORK MELLON,    14841 Dallas Parkway, Suite 300,     Dallas, TX 75254-7883
cr            +The Bank of New York Mellon FKA,    14841 Dallas Parkway Suite 300,     Dallas, TX 75254-7883
cr            +The Bank of New York Mellon FKA The Bank of New Yo,     14841 Dallas Parkway, Suite 300,
                DALLAS, TX 75254-7883
4176090       +AES/PHEAA,    PO Box 8147,   Harrisburg PA 17105-8147
4457393       +AMS Servicing as Servicer for SRP 2012-4, LLC,     3374 Walden Avenue,    Suite 120,
                Depew, NY 14043-2437
4457394       +AMS Servicing as Servicer for SRP 2012-4, LLC,     3374 Walden Avenue,    Suite 120,
                Depew, NY 14043,    AMS Servicing as Servicer for SRP 2012-4,     3374 Walden Avenue 14043-2437
4127427       +Accounts Recovery Bureau, Inc.,    PO Box 6768,    Wyomissing, PA 19610-0768
4127431       +Allied Interstate,    PO Box 361477,    Columbus, OH 43236-1477
4127432       +Andrew L. Markowitz, Esq.,    McCabe, Weisberg & Conway,     123 S. Borad St., Suite 2080,
                Philadelphia, PA 19109-1031
4127426        Arthur W Boyce PA,    308 West Patrick Street,    Frederick, MD 21701-4889
4127434       +Aspers Ambulance,    1555 Center Mills Road,    Aspers, PA 17304-9460
4203068       +Bank of America, N.A.,    P.O. 660933,    Dallas, Texas 75266-0933
4127438       +Bureau Of Account Management,    3607 Rosemont Ave., Suite 502,     PO Box 8875,
                Camp Hill, PA 17001-8875
4127439        Bureau Of Account Recovery,    7575 Corp. Way,    Eden Prairie, MN 56344
4127441       +CCS/Bryant State Bank,    500 E. 60th St., N,    Sioux Falls, SD 57104-0478
4127448       +CV Neuro Consultants,    764 Lincoln Way East,    Chambersburg, PA 17201-2768
4127440       +Cardiac Diagnostic Assoc.,    25 Monument Road, Suite 200,     York, PA 17403-5055
4127443       +Chambersburg Hospital,    760 E. Washington St.,    Chamberburg, PA 17201-2751
4127449        Direct TV,    PO Box 8969,   Westbury, NY 11590
4127450        Direct TV,    PO Box 8969,   Westbury, NY 11590-8969
4127451       +Emergency Physicians Of PA,    PO Box 635016,    Cincinnati, OH 45263-5016
4127455       +FBCS Inc.,    2200 Byberry Road, Suite 120,    Hatboro, PA 19040-3739
4127456       +FIGI’s,    PO Box 7713,    Marshfield, WI 54449-7713
4127461      ++FOCUS RECEIVABLES MANAGEMENT LLC,    1130 NORTHCHASE PARKWAY STE 150,     MARIETTA GA 30067-6429
                (address filed with court: Focus Receivables Management,     1130 Northchase Pkwy, Suite 150,
                Marietta, GA 30067)
4127453       +Family First Health,    116 S. George St.,    York, PA 17401-1474
4127454       +Fayetteville Volunteer Fire Dept. I,    PO Box 726,     New Cumberland, PA 17070-0726
4127457       +First National Bank Of Omaha,    PO Box 2496,    Omaha, NE 68103-2496
4127459        Florida Dept Of Education,    Office Of Student Financial Assistance,     PO Box 7019,
                Tallahassee, FL 32314-7019
4127460       +Florida Hospital Fish Memorial,    1055 Saxon Blvd.,    Orange City, FL 32763-8468
4127462       +Focus Receivables Mgt,    1130 Northchase Pkwy, Suite 150,     Marietta, GA 30067-6429
4127466       +GLELSI,    PO Box 7860,    Madison, WI 53707-7860
4127463       +Gettysburg Diagnostic Imaging PC,    PO Box 10848,     Lancaster, PA 17605-0848
4127464       +Gettysburg Eye Care, PC,    1030 Fairfield Road,    Gettysburg, PA 17325-7153
4127465       +Gettysburg Hospital,    147 Gettysburg St.,    Gettysburg, PA 17325-2536
4140310        Great Lakes Educational Loan Service,    Claims Filing Unit,     PO Box 8973,
                Madison, WI 53708-8973
4127470        HRRG,    PO Box 189053,    Plantation, FL 33318-9053
4127467       +Hanover Endodontics,    201 Allegheny Ave,    Hanover, PA 17331-1866
4127469        Hanover Medical Family Hanover Heal,    100 Kindig Lane, Suite 4,     Hanover, PA 17331-1740
4127472        Island National Group LLC,    PO Box 18009,    Hauppauge, NY 11788
4127473       +JP Harris Assoc.,    PO Box 226,    Mechanicsburg, PA 17055-0226
4127474       +Lebo Skin Care York,    1936 Powder Mill Rd,    York, PA 17402-4744
4127477       +Malcolm S. Gerald & Assoc., Inc.,    332 S. Michigan Ave, Suite 600,      Chicago, IL 60604-4318
4127478        Met-Ed,    PO Box 3687,    Akron, OH 44309-3687
4203338       +Metropolitan Edison Company,    a FirstEnergy Company,     331 Newman Springs Road,   Building 3,
                Red Bank, NJ 07701-5688
4127480        Missouri Higher Education Loan,    633 Spirit Drive,     Chesterfield, MO 63005-1243
4127482       +N. American Credit Services,    2810 Walker Road,     Chattanooga, TN 37421-1082
4382780       +NCEP, LLC by AIS Data Services, LP as agent,     Department 233,    PO BOX 4457,
                Houston, TX 77210-4457
4382781       +NCEP, LLC by AIS Data Services, LP as agent,     Department 233,    PO BOX 4457,
                Houston, TX 77210,    NCEP, LLC by AIS Data Services, LP as ag,     Department 77210-4457
4127486       +NCO,    PO Box 15087,    Wilmington, DE 19850-5087
4127490       #+PFS Group,    7670 Woodway Dr., Suite 250,    Houston, TX 77063-1519
4127487       +Peerless Credit Svcs, Inc.,    PO Box 518,    Middletown, PA 17057-0518
4127488        Penn Credit Corp,    PO Box 988,    Harrisburg, PA 17108-0988
4127489       +Penn Foster School,    14300 N. Northsight Blvd.,    Scottsdale, AZ 85260-3672
4127491       +Physician Billing Services,    1803 Mt. Rose Ave., Suite B3,     York, PA 17403-3051
4127493       +Progressive Dental Care Center,    250 Fame Ave., Suite 206,     Hanover, PA 17331-1587
4127494       +QVC,    C/O NCI,    2015 Vaughn Road, Suite 400,    Kennesaw, GA 30144-7802
```

```
4127503     ++++SOUTH CENTRAL SURGICAL,    12 ST PAUL DR,    CHAMBERSBURG PA  17201-1033
              (address filed with court:  South Central Surgical,    757 Norland Ave., Suite 104,
              Chambersburg, PA  17201)
4560129     +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
              HIGHLANDS RANCH, COLORADO 80129-2386
4560130     +SPECIALIZED LOAN SERVICING LLC,    8742 LUCENT BLVD, SUITE 300,
              HIGHLANDS RANCH, COLORADO 80129,    SPECIALIZED LOAN SERVICING LLC,
              8742 LUCENT BLVD, SUITE 300,    HIGHLANDS RANCH, COLORADO 80129-2386
4127500     +Scott, Pitrome, Sorkin & Jarvis Ort,    207 Washington Ht. Medical Center,
              Westminster, MD 21157-5632
4127501     +Security Credit Systems,    1015 Philadelphia Ave.,    Chambersburg, PA 17201-1279
4127502     +Smart Tuition,    PO Box 11731,    Newark, NJ 07101-4731
4825025     +Specialized Loan Servicing, LLC,    8742 Lucent Boulevard, Suite 300,
              Highlands Ranch, CO 80129-2386
4127504     +St. Josephs Hospital,    1643 Lewis Ave, Suite 203,    Billings, MT 59102-4151
4127425     +Sterling Dawnica R,    26 Maple St,    Gettysburg, PA 17325-7814
4127424     +Sterling Timothy R,    26 Maple St,    Gettysburg, PA 17325-7814
4127505     +Student CU,    PO Box 503430,    SanDiego, CA 92150-3430
4127507      Team Physicians, PC,    PO Box 634008,    Cincinnati, OH  45263-4008
4127508     +USCB,    PO Box 75,    Archibald, PA 18403-0075
4896083      United States Department of Education,    Claims Filing Unit,    P O Box 8973,
              Madison, WI  53708-8973
4127509     +Wachovia Bank,    PO Box 55126,    Boston, MA 02205-5126
4127510     +Wilson College,    1015 Philadelphia Ave.,    Chambersburg, PA 17201-1285
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +EDI: BANKAMER.COM Aug 14 2017 18:58:00      BANK OF AMERICA, N.A.,    2380 Performance Drive,
              Richardson, TX 75082-4333
4127428     +E-mail/Text: bknotices@conduent.com Aug 14 2017 19:08:09      ACS,    501 Bleeker St.,
              Utica, NY 13501-2401
4127430      EDI: AFNIRECOVERY.COM Aug 14 2017 18:58:00      AFNI Inc.,    PO Box 3097,
              Bloomington, IL 61702-3097
4127429     +EDI: AFNIRECOVERY.COM Aug 14 2017 18:58:00      AFNI Inc.,    PO Box 3427,
              Bloomington, IL 61702-3427
4130146      EDI: AIS.COM Aug 14 2017 18:58:00      American InfoSource LP as agent for,
              T Mobile/T-Mobile USA Inc,    PO Box 248848,    Oklahoma City, OK  73124-8848
4155787      EDI: AIS.COM Aug 14 2017 18:58:00      American InfoSource LP as agent for,
              Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK  73126-8941
4127433      E-mail/Text: External.Collections@phoenix.edu Aug 14 2017 19:08:01      Apollo Group, Inc.,
              4615 E. Elmwood St.,    Phoenix, AZ  85040-1908
4127435     +EDI: BANKAMER.COM Aug 14 2017 18:58:00      Bank of America,    PO Box 5170,
              Simi Valley, CA 93062-5170
4127436     +EDI: BANKAMER2.COM Aug 14 2017 18:58:00      Bank of America,    100 N. Tryon St.,
              Charlotte, NC 28202-4031
4503083     +EDI: BANKAMER.COM Aug 14 2017 18:58:00      Bank of America, NA,    Mail Stop CA6-919-01-23,
              400 National Way,    Simi Valley, CA 93065-6414
4127437     +E-mail/Text: banko@berkscredit.com Aug 14 2017 19:07:27      Berks Credit & Collections,
              PO Box 329,    Temple, PA 19560-0329
4140767      EDI: RESURGENT.COM Aug 14 2017 18:58:00      CVF Consumer Acquisition Company its successors,
              and assigns as assignee of NCO,    Portfolio Management,    Resurgent Capital Services,
              PO Box 10587,    Greenville, SC 29603-0587
4142177     +E-mail/Text: bankruptcy@cavps.com Aug 14 2017 19:07:51      Cavalry Portfolio Services,
              500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2322
4127442      E-mail/Text: nailda@centralcreditaudit.com Aug 14 2017 19:08:10      Central Credit Audit,
              PO Box 735,    Sunbury, PA  17801-0735
4127444     +E-mail/Text: compliance@chaserec.com Aug 14 2017 19:08:05      Chase Receivables,
              1247 Broadway,    Sonoma, CA 95476-7503
4127446     +EDI: CCS.COM Aug 14 2017 18:58:00      Credit Collection Services,    Two Wells Ave,
              Newton, MA 02459-3246
4127447      EDI: RCSFNBMARIN.COM Aug 14 2017 18:58:00      Credit One Bank,    PO Box 98873,
              Las Vegas, NV  89193-8873
4232341      EDI: ECMC.COM Aug 14 2017 18:58:00      ECMC,    P. O. Box 75906,    St. Paul, MN 55175
4127452     +EDI: CONVERGENT.COM Aug 14 2017 18:58:00      ER Solutions,    PO Box 9004,
              Renton, WA 98057-9004
4127458     +EDI: AMINFOFP.COM Aug 14 2017 18:58:00      First Premier Bank,    PO BOx 5519,
              Sioux Falls, SD 57117-5519
4127471     +E-mail/Text: bankruptcy@hsn.net Aug 14 2017 19:07:55      HSN,    1 HSN Dr.,
              St. Petersburg, FL 33729-0001
4127468     +E-mail/Text: baugherj@hanoverhospital.org Aug 14 2017 19:07:15      Hanover Hospital,
              300 Highland Ave.,    Hanover, PA 17331-2203
4205174      EDI: JEFFERSONCAP.COM Aug 14 2017 18:58:00      DENOVUS CORPORATION LTD,
              c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617
4146421      EDI: JEFFERSONCAP.COM Aug 14 2017 18:58:00      Jefferson Capital Systems LLC,    PO BOX 7999,
              SAINT CLOUD MN 56302-9617
4127476     +EDI: RESURGENT.COM Aug 14 2017 18:58:00      LVNV Funding LLC,    PO Box 10584,
              Greenville, SC 29603-0584
4205992      EDI: RESURGENT.COM Aug 14 2017 18:58:00      LVNV Funding, LLC its successors and assigns as,
              assignee of FNBM,    Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
4127475     +EDI: RMSC.COM Aug 14 2017 18:58:00      Lowes,    PO Box 965005,    Orlando, FL 32896-5005
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
4127479        +EDI: MID8.COM Aug 14 2017 18:58:00      Midland Credit Management,   8875 Aero Dr., Suite 200,
                San Diego, CA 92123-2255
4127481        +E-mail/Text: cd@musicarts.com Aug 14 2017 19:07:53      Music & Arts,   PO Box 351,
                Frederick, MD 21705-0351
4382240        +EDI: AISACG.COM Aug 14 2017 18:58:00      NCEP, LLC,   c/o Ascension Capital Group,
                PO Box 165028,   Irving, TX 75016-5028
4127484        +E-mail/Text: Bankruptcies@nragroup.com Aug 14 2017 19:08:10      National Recovery Agency,
                PO Box 67015,   Harrisburg, PA 17106-7015
4127483        +E-mail/Text: Bankruptcies@nragroup.com Aug 14 2017 19:08:10      National Recovery Agency,
                2491 Paxton St.,   Harrisburg, PA 17111-1036
4135234         E-mail/Text: ebn@vativrecovery.com Aug 14 2017 19:07:27      Palisades Acquisition IX, LLC,
                Vativ Recovery Solutions LLC, dba SMC,   As Agent For Palisades Acquisition IX, L,
                PO Box 40728,   Houston TX 77240-0728
4127492        +EDI: AMINFOFP.COM Aug 14 2017 18:58:00      Premier Bankcard, Inc.,   3820 N. Louis Ave.,,
                Sioux Falls, SD 57107-0145
4158665         EDI: Q3G.COM Aug 14 2017 18:58:00      Quantum3 Group LLC as agent for,
                Elite Recovery Acquisitions LLC,   PO Box 788,   Kirkland, WA 98083-0788
4131226         EDI: Q3G.COM Aug 14 2017 18:58:00      Quantum3 Group LLC as agent for,   Capio Partners LLC,
                PO Box 788,   Kirkland, WA 98083-0788
4192503         EDI: Q3G.COM Aug 14 2017 18:58:00      Quantum3 Group LLC as agent for,   MOMA Funding LLC,
                PO Box 788,   Kirkland, WA 98083-0788
4127497        +E-mail/Text: Supportservices@receivablesperformance.com Aug 14 2017 19:08:02      RPM,
                20816 44th Ave. W.,   Lynnwood, WA 98036-7799
4127495        +E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 14 2017 19:05:41      Regional Acceptance Corp,
                PO Box 580075,   Charlotte, NC 28258-0075
4157183         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Aug 14 2017 19:05:41      Regional Acceptance Corporation,
                PO Box 1847,   Wilson, NC 27894-1847
4127496        +EDI: JEFFERSONCAP.COM Aug 14 2017 18:58:00      Regions,   C/O Jefferson Capital Systems, Inc.,
                PO Box 953185,   St. Louis, MO 63195-3185
4144090        +EDI: NAVIENTFKASMSERV.COM Aug 14 2017 18:58:00      SLC Conduit,   c/o Sallie Mae Inc.,
                220 Lasley Ave,   Wilkes-Barre, PA 18706-1430
4864672        +E-mail/Text: bknotices@snsc.com Aug 14 2017 19:08:05      SRP 2012-4 LLC,
                c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501-0305
4864673        +E-mail/Text: bknotices@snsc.com Aug 14 2017 19:08:05      SRP 2012-4 LLC,
                c/o SN Servicing Corp.,   323 5th Street,   Eureka, CA 95501,   SRP 2012-4 LLC,
                c/o SN Servicing Corp. 95501-0305
4127498         EDI: NAVIENTFKASMSERV.COM Aug 14 2017 18:58:00      Sallie Mae,   PO Box 9500,
                Wilkes Barre, PA  18773-9500
4220950         EDI: NAVIENTFKASMDOE.COM Aug 14 2017 18:58:00      Sallie Mae Inc. on behalf of,
                Department of Education,   P.O. Box 740351,   Atlanta, GA. 30374-0351
4127499        +EDI: DRIV.COM Aug 14 2017 18:58:00      Santander,   PO Box 105255,   Atlanta, GA 30348-5255
4130671        +EDI: DRIV.COM Aug 14 2017 18:58:00      Santander Consumer USA,   P.O. BOX 560284,
                Dallas, TX 75356-0284
4127506         EDI: AISTMBL.COM Aug 14 2017 18:58:00      T-Mobile,   PO Box 742596,   Cincinnati, OH  45274
                                                                                               TOTAL: 49

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              SRP 2012-4 LLC
cr*            +AES/PHEAA,   PO BOX 8147,   HARRISBURG, PA 17105-8147
cr*             ECMC,   P O Box 75906,   St. Paul, MN  55175
cr*            +NCEP, LLC,   c/o Ascension Capital Group,   PO Box 165028,   Irving, TX 75016-5028
cr*            +Specialized Loan Servicing LLC,   8742 Lucent Blvd, Suite 300,   Highlands Ranch, CO 80129-2386
4155523*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
4155524*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
4155527*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
4184319*      ++JEFFERSON CAPITAL SYSTEMS LLC,   PO BOX 7999,   SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,   PO BOX 7999,
                SAINT CLOUD MN 56302-9617)
4127485*        National Recovery Agency,   Po Box 67015,   Harrisburg, PA  17106-7015
4127445        ##+Commercial Acceptance Comp.,   4807 Jonestown Road, Suite 247,   Harrisburg, PA 17109-1744
4127511        ##+Wingspan Portfolio Advisors, LLC,   4100 Midway Road, Suite 1110,   Carrollton, TX 75007-1977
                                                                                TOTALS: 1, * 9, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 16, 2017                                        Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 14, 2017 at the address(es) listed below:

        Ann E. Swartz    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2006-13 ASwartz@mwc-law.com, ecfmail@mwc-law.com
        Arthur W. Boyce    on behalf of Debtor Timothy R Sterling info@fredericklegal.com, art@fredericklegal.com
        Arthur W. Boyce    on behalf of Joint Debtor Dawnica R Sterling info@fredericklegal.com, art@fredericklegal.com
        Celine P DerKrikorian    on behalf of Creditor    The Bank of New York Mellon FKA The Bank of New York, as Trustee for the certificateholders of the CWABS, Inc., ASSET-BACKED CERTIFICATES, SERIES 2006-13 ecfmail@mwc-law.com
        Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com, dehartstaff@pamd13trustee.com
        Joshua I Goldman    on behalf of Creditor    AMS SERVICING, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Joshua I Goldman    on behalf of Creditor    SRP 2012-1, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marisa Myers Cohen    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the Certificateholders of the CWABS, Inc., Asset-backed Certificates, Series 2006-13 Mcohen@mwc-law.com
        Peter J Ashcroft    on behalf of Creditor    Regional Acceptance Corporation pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Thomas I Puleo    on behalf of Creditor    SRP 2012-1, LLC tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov

        TOTAL: 11

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Timothy R Sterling** | Social Security number or ITIN **xxx–xx–8171** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Dawnica R Sterling** | Social Security number or ITIN **xxx–xx–5597** |
| | First Name   Middle Name   Last Name | EIN _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Middle District of Pennsylvania** | | |
| Case number:  **1:12–bk–03609–RNO** | | |

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Timothy R Sterling

Dawnica R Sterling
aka Dawnica Browning, aka Dawnica Morey, aka Dawnica Rierson

**By the court:**

*[signature: Robert N. Opel II]*

August 14, 2017

Honorable Robert N. Opel
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**